# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                                                   Case No. 08-mc-89-PB

<u>Joseph V. Metallic</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 27, 2009, no objection having been filed.

The taxpayer, Joseph V. Metallic, is ordered to obey the summons and appear before Denise Anderson on April 13, 2009, at 9:00 a.m. at 1000 Elm Street, Suite 900, Manchester, New Hampshire, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of August 14, 2008.

It is further ordered that the government be awarded its costs.

SO ORDERED.

Date:  March 24, 2009                              /s/ Paul J. Barbadoro
                                                              Paul J. Barbadoro
                                                              United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Joseph V.Metallic